DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VANDRELL R. JACOBS, SR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0052

[April 18, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562017CF001312.

Vandrell R. Jacobs, Sr., Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***